No. 110. HUGHES *v.* STATE BOARD OF MEDICAL EXAMINERS; and

No. 111. HUGHES *v.* STATE BOARD OF MEDICAL EXAMINERS. Argued October 22, 1928. Decided October 29, 1928. *Per Curiam:* The writs of error are dismised for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Messrs. *Norman I. Miller* and *George C. Spence,* with whom *Mr. George P. Whitman* was on the brief, for plaintiff in error. *Mr. J. Z. Foster* for defendants in error.